■ STATE DIVISION OF HUMAN RIGHTS, on Complaint of DEBORAH E. GREEN, Respondent, v ST. ELIZABETH'S HOSPITAL, Appellant.—Upon remittitur from Court of Appeals, order entered November 7, 1984, unanimously vacated and matter remitted to State Division of Human Rights for further proceedings, in accordance with memorandum decision of Court of Appeals dated October 15, 1985 (66 NY2d 684). Present— Hancock, Jr., J. P., Denman, Green, O'Donnell and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LILLIAN M. TYLER, Appellant.—Upon remittitur from the Court of Appeals, judgment unanimously affirmed. Memorandum: On remittitur from the Court of Appeals for determination of the facts (CPL 470.40 [2] [b]), we hold that the jury verdict was not against the weight of the evidence. We choose not to exercise our discretion in the interest of justice. We have considered the other contentions originally raised by defendant and find them lacking in merit. Present—Denman, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.